UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTT JENKINS and, <br> RHONDA ALEXANDROPOULOS <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE BURKEY, et al., <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:15CV1494 SNLJ <br> ) <br> ) <br> ) <br> ) |

## **MEMORANDUM AND ORDER**

On February 12, 2016, this Court ordered plaintiffs to file an amended complaint setting forth the setting forth the place of incorporation and principal place of business of Taylor Law Firm, P.C. and the members of Lewis Roca Rothgerber LLP and the citizenship of each of those members. Plaintiffs filed an amended complaint on February 22, 2016 (#28). The amended complaint states the Taylor Law Firm's place of incorporation and principal place of business. However, the amended complaint does not appear to list all the members of Lewis Roca Rothgerber LLP and their citizenship --- rather, plaintiffs state only that fellow defendants Joice Bass and Jennifer Hostetler were members and that they are Nevada citizens. Plaintiffs much allege each member of the Lewis Roca Rothgerber law firm and their citizenship. *See GMAC Commercial Credit, LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004).

1

In addition, the Court notes that plaintiffs have not complied with Federal Rule of Civil Procedure 10(b), which requires that a "party must state its claims or defenses in numbered paragraphs."

Plaintiffs should file a Second Amended Complaint with this Court no later than March 17, 2016 that remedies both of these deficiencies.

Accordingly,

**IT IS HEREBY ORDERED** that, by March 17, 2016, plaintiff shall file a Second Amended Complaint in accordance with this memorandum and Federal Rule of Civil Procedure 10(b), using numbered paragraphs and setting forth the members of Lewis Roca Rothgerber LLP and the citizenship of each of those members.

**IT IS FURTHER ORDERED** that if plaintiff does not timely and fully comply with this order, this matter will be dismissed for lack of subject matter jurisdiction.

Dated this   3rd   day of March, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE